UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VINCENT A. MOSBY,<br><br>    Petitioner,<br><br>vs.<br><br>RANDY GROUNDS,<br><br>    Respondent. | Case No:  C 10-1332 SBA (PR)<br><br>**ORDER DENYING PETITIONER'S MOTION TO FILE OVERSIZED BRIEF**<br><br>Docket 11 |

Petitioner has failed to demonstrate good cause for filing a forty-two page traverse. Accordingly,

IT IS HEREBY ORDERED THAT Petitioner's Motion to File Enlarged Brief is DENIED. Petitioner's traverse (Docket 11) shall be STRICKEN from the record. Within fourteen days of the date this Order is filed, Petitioner shall file a revised traverse that does not exceed *fifteen pages* in length.

IT IS SO ORDERED.

Dated:  October 8, 2010

                                                     *Saundra B Armstrong*
                                                   SAUNDRA BROWN ARMSTRONG
                                                   United States District Judge